UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:23-cv-0196-MJD-JMS |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Entry.

SO ORDERED.

Dated: 27 DEC 2023

*[signature]*
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *[signature: Denise M Brown]*
Deputy Clerk, U.S. District Court

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.